IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| United States of America, <br>     Plaintiff, <br><br>     v. <br><br> Betty M. Ellenwood, <br>     Defendant(s), <br><br>     and <br><br> Omaha Internal Medicine, <br>     Garnishee. | ) <br> ) <br> ) <br> )      8:07CV34 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER TO ISSUE WRIT OF
CONTINUING GARNISHMENT

This matter comes before this Court on the Application For Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Omaha Internal Medicine, the garnishee, and for good cause shown,

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Omaha Internal Medicine, whose address is 17030 Lakeside Hills Plz Ste 200, Omaha, NE 68130.

DATED this 10th day of May, 2010.

                                             BY THE COURT:

                                             s/ Joseph F. Bataillon
                                             JUDGE, U. S. DISTRICT COURT